# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| Antamex International, Inc. and Oldcastle BuildingEnvelope, Inc. | : |
| Appellants | : |
| v. | :  No. 23-2321 |
| Zurich American Insurance Company and Zurich Insurance Company | : |
| Appellees | : |

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.A.P. 42(B)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the pending appeal in the above-captioned matter shall be and hereby is **DISMISSED** pursuant to F.R.A.P. 42(b) without costs against any party.

*/s/ David L. Braverman*
David L. Braverman, Esq.
BRAVERMAN KASKEY GARBER
1650 Market Street, 56th Floor
Philadelphia, PA 19103
braver@braverlaw.com
(215) 575-3800
Counsel for Appellants

*/s/ Steven D. Cantarutti*
Steven D. Cantarutti, Esq.
COUGHLIN MIDLIGE & GARLAND
350 Mount Kemble Avenue, PO Box 1917
Morristown, New Jersey 07962
scantarutti@cmglaw.com
(973) 267-0058
Counsel for Appellees

Dated: August 2, 2023